IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 1:19-mj-00524 |
| ) | |
| ) | |
| IMRAN IQBAL, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR DISMISSAL

The United States of America, does not desire to prosecute criminal number 1:19-mj-00524 pertaining to the defendant, IMRAN IQBAL.

Accordingly, the United States hereby moves for a dismissal without prejudice of the pending criminal number 1:19-mj-00524 pertaining to the defendant, IMRAN IQBAL.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____/s/_____
Andy Brunner-Brown
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Email: andy.brunner-brown@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of that electronic filing (NEF) to the defendant.

          _____/s/_____
Andy Brunner-Brown
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Email: andy.brunner-brown@usdoj.gov